

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00101-CR

Kenon **MCDONALD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10999
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 20, 2016.

_____
Patricia O. Alvarez, Justice